IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEBASTIAN ENRIQUE JUAREZ-ALFARO,<br><br>Defendant. | CR 24–1–M–DLC<br><br>AMENDED ORDER |

Before the Court is the United States of America's motion for amended final order of forfeiture. (Doc. 56.) Having reviewed said motion, the Court finds:

1.    The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.    On June 13, 2024, the Court granted a Preliminary Order of Forfeiture (Doc. 38) that forfeited the Defendant's interest in the following property:

- Taurus 9mm GC3, serial number ACE911474

3.    As required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the Preliminary Order of Forfeiture for at least 30 consecutive days, as detailed in the Declaration of Publication. (Doc. 39.)

1

4.      No claims were made to the property listed in the Preliminary Order of Forfeiture and the time for doing so expired when published notice was complete. (Doc. 39.) Accordingly, on September 23, 2024, the Court granted Final Order of Forfeiture of the Taurus firearm to the United States. (Doc. 46.)

5.      The Defendant has been sentenced, and his appeal has been decided. (Docs. 48, 55.)

6.      Subsequently, the United States identified Casey Koziomkowski-Juarez as the lawful owner of the Taurus firearm that is listed in the Preliminary and Final Order of Forfeiture (Docs. 38, 46) and confirmed she is not prohibited from possessing firearms.

7.      No other claims were made to the above-identified Taurus firearm and the time for doing so expired.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.      The motion for amended final order of forfeiture (Doc. 56) is GRANTED.

2.      The United States shall return the following to its lawful owner, Casey Koziomkowski-Juarez, when no longer needed as evidence and in accordance with governing law:

- Taurus 9mm GC3, serial number ACE911474.

3.      Any associated ammunition is forfeited to the United States and may

be disposed of when no longer needed as evidence.

DATED this 4th day of March, 2026.

_____
Dana L. Christensen, District Judge
United States District Court